UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CENTURY SURETY COMPANY,

                Plaintiff,

-against-                              Case No.: 13 Civ. 3962 (JMF)

PINNACLE RESTORATION, LLC, 325 MAIN
STREET OWNERS CORP., DELTA RESTORATION
LLC AND CESAR CARBAJAL,

                Defendants.
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, duly admitted to practice in this Court, hereby appears as counsel for Pinnacle Restoration, Ltd. s/h/a Pinnacle Restoration, LLC in connection with the above matter, and demands that a copy of all correspondence, pleadings and other documents in this action be served upon:

        Maja Szumarska, Esq.
        Alonso, Andalkar & Facher, P.C.
        920 Broadway, 16th Floor
        New York, New York, 10010

Dated: February 28, 2014
       New York, New York

                                        ALONSO, ANDALKAR & FACHER, P.C.

                                        By: _____
                                             Maja Szumarska
                                             Attorneys for Defendant Pinnacle
                                             Restoration, Ltd.
                                             920 Broadway, 16th Floor
                                             New York, New York 10010
                                             (212) 598-5900
                                             Fax: (212) 598-4650

To:

HURWTIZ & FINE, P.C.
Attorneys for Plaintiff Century Surety Company
1300 Liberty building
Buffalo, New York 140202
(716) 849-8900

PILLINGER MILLER TARALLO, LLP
Attorneys for Defendant 325 Main Street Owners Corp.
570 Taxter Road, Suite 275
Elmsford, New York 10523
(914) 703-6300

GINARTE, O'DWYER, GONZALEZ, GALLARDO & WINOGRAD, LLP
Attorneys for Defendant Cesar Carbajal
225 Broadway, 13th Floor
New York, New York 10007