USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 0 2014

UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CENTURY SURETY COMPANY,

                Plaintiff,

    -against-                            Case No.: 13 Civ. 3962 (JMF)

PINNACLE RESTORATION, LLC, 325 MAIN
STREET OWNERS CORP., DELTA RESTORATION
LLC AND CESAR CARBAJAL,

                Defendants.
------------------------------------------------------------X

## REVISED SCHEDULING ORDER

The Court hereby adopts the following revised Scheduling Order:

1. Pinnacle Restoration, Ltd. shall serve its motion to dismiss on or before March 26, 2014.

2. 325 Main Street Owners Corp. shall serve its cross-motion to dismiss on or before March 31, 2014.

3. Century Surety Company shall serve its opposition papers on or before April 7, 2014.

4. Pinnacle Restoration, Ltd. shall serve its reply on or before April 14, 2014.

SO ORDERED.

Dated:   MAR 2 0 2014
        New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge